# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ZACHARY BARBER, JEFFREY BARBER, ADMINISTRATOR OF THE ESTATE OF LINDA LEE JENKINS A/K/A/ LINDA LEE BARBER, DECEASED

v.

BRUCE STANKO, NORTH HILLS PHARMACY SERVICES, LLC, PACERCHECK, INC., ET AL

PETITION OF: SEMPRA FINANCE, LLC

: No. 252 WAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.